```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 17375
   SARAH L SHABABY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6865


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/24/2007 and was confirmed 11/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED NOT I  NOT FILED              .00           .00
AMERICREDIT FINANCIAL SV  UNSECURED         9095.64             .00           .00
ARMOR SYSTEMS CO          UNSECURED       NOT FILED             .00           .00
ASSET ACCEPTANCE LLC      UNSECURED         3162.53             .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          323.96             .00           .00
SPRINT PCS                UNSECURED       NOT FILED             .00           .00
CITY OF CHICAGO PARKING   UNSECURED         1990.00             .00           .00
WOW INTERNET & CABLE SER  UNSECURED       NOT FILED             .00           .00
SBC AMERITECH             UNSECURED       NOT FILED             .00           .00
PREMIER BANKCARD          UNSECURED          530.70             .00           .00
CHICAGO                   UNSECURED       NOT FILED             .00           .00
GRAND VALLEY STATE UNIVE  UNSECURED         1190.54             .00           .00
PEOPLES GAS               UNSECURED       NOT FILED             .00           .00
PEOPLES GAS               UNSECURED       NOT FILED             .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED       NOT FILED             .00           .00
NELNET                    UNSECURED             .00             .00           .00
NELNET LOAN SERVICES      UNSECURED             .00             .00           .00
GUARANTY BANK             UNSECURED       NOT FILED             .00           .00
GUARANTY BANK             UNSECURED       NOT FILED             .00           .00
SALLIE MAE GUARANTEE SER  UNSECURED             .00             .00           .00
SALLIE MAE GUARANTEE SER  UNSECURED             .00             .00           .00
SALLIE MAE GUARANTEE SER  UNSECURED             .00             .00           .00
SALLIE MAE GUARANTEE SER  UNSECURED             .00             .00           .00
GALWAY FINANCIAL SVC LLC  UNSECURED          825.46             .00           .00
B-REAL LLC                UNSECURED             .00             .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          177.42             .00           .00
ROUNDUP FUNDING LLC       UNSECURED         1016.83             .00           .00
COMMONWEALTH EDISON       UNSECURED         1587.41             .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          401.77             .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,493.00                         468.94
TOM VAUGHN                TRUSTEE                                            32.06
DEBTOR REFUND             REFUND                                              .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 17375 SARAH L SHABABY
```

Summary of Receipts and Disbursements:

```
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------
TRUSTEE                     501.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   468.94
TRUSTEE COMPENSATION                              32.06
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                      501.00               501.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 07/22/08              /s/ Tom Vaughn
                                 _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 07 B 17375 SARAH L SHABABY